# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **JAMAL KEMO SAUNDERS,** | Civil Action No. 7:18cv00045 |
| Plaintiff, | |
| | MEMORANDUM OPINION |
| v. | |
| | By: Norman K. Moon |
| **CARL A. MANNIS,** *et al.*, | United States District Judge |
| Defendants. | |

By order entered March 23, 2018, the court advised Saunders that the Office of the Attorney General was unable to waive service for defendant Julie Abbate and directed him to provide the court with an address where the defendant could be served. The court warned Saunders that failure to comply with the court's order within ten days would result in dismissal of his complaint against Abbate without prejudice. Saunders did not respond to the court's order. Inasmuch as the time to respond has passed and Saunders has failed to comply with the court's order, I will dismiss Saunders' complaint against Abbate without prejudice. I note that the action remains pending against the other defendants.

ENTER: This 26th day of April, 2018.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE