## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **JAMAL KEMO SAUNDERS,** | ) | Civil Action No. 7:18cv00045 |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | **By: Norman K. Moon** |
| **CARL A. MANNIS,** *et al.*, | ) | **United States District Judge** |
| **Defendants.** | ) | |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Saunders' complaint against defendant Abbate is **DISMISSED without prejudice** and the Clerk shall **STRIKE** Abbate as a defendant.

The Clerk shall send a copy of this order to the parties.

**ENTER**: This 26th day of April, 2018.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE